**Michael LINDER, Petitioner–
Appellant,**

v.

**UNITED STATES of America,
Respondent–Appellee.**

No. 09–8217.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 27, 2010.

Michael Linder, Appellant Pro Se.

Before TRAXLER, Chief Judge, and
KING and AGEE, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Linder, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Linder v. United States*, No. 5:09–hc–02094–D (E.D.N.C. Oct. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*